IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 11-cv-02785-BNB

LEONARDO RAMOS-HERNANDEZ, and
ALL PERSONS SIMILARY (sic] SITUATED, and as
NEXT FRIEND OF THE VICTIMS OF THE RACKETEERING ENTERPRISE,

    Plaintiff,

v.

POPLAR, INC., a corporation, a/k/a
    POPULAR WAREHOUSE LENDING, LLC, a/k/a
    POPULAR MORTGAGE SERVICING, INC., a/k/a
    POPULAR EQUIPMENT FINANCE, INC., a/k/a
    POPULAR FINANCIAL SERVICES, LLC,
WILLIAM MIRANDA-TORRES, individually and in his official capacity as
    City Mayor of Caguas, PR,
ANGEL R. PAGAN-OCASIO, an individual,
ANTHONY CUEVAS-RAMOS, an individual,
LILIA M. ORTIZ-PUIG, an individual,
REBECCA DE_LEON-RIOS, an individual,
GUSTAVO ANTONIO GELPI, JR., an individual,
JUAN M. PEREZ-GIMENEZ, an individual,
HECTOR MANUEL LAFFITTE, an individual,
PEDRO JUAN ROSSELLO-GONZALEZ, an individual,
SILA MARIA CALDERON-SERRA, an individual,
MARIA OCASIO, an individual,
VICTOR SUAREZ-MELENDEZ, an individual,
LUIS GUILLERMO FORTUNO-BURSET, in his official capacity as President of
    the New Progressive Party,
JUAN RAMON ZALDUONDO-VIERA, an individual,
JOSE A. FUENTES AGOSTINI, an individual,
HECTOR J. FERRER-RIOS, an individual,
ALEJANDRO GARCIA-PADILLA, individually and in his official capacity as President of
    the Popular Democratic Party,
NICOLAS GAUTIER-VEGA, an individual,
HECTOR J. CONTY-PEREZ, an individual,
JUAN DALMAU-RAMIREZ, an individual,
JOSEPH LAWS, an individual,
SANDRA LYNCH, an individual,
AIDA M. DELGADO-COLON, an individual,
JOSE A. FUSTE, an individual,

CARMEN CONSUELO CEREZO, an individual,
DANIEL R. DOMINGUEZ, an individual,
FRANCISCO BESOSA, an individual,
JUAN R. TORRUELLA, an individual,
MICHAEL BOUDIN, an individual,
KERMIT LIPEZ, an individual,
JEFFREY R. HOWARD, an individual,
OJETTA ROGERIEE THOMPSON, an individual,
PEDRO A. DELGADO-HERNANDEZ, an individual,
OSCAR DAVILA-SULIVERES, an individual,
CARLOS LOPEZ-FELICIANO, an individual,
HERIBERTO SEPULVEDA-SANTIAGO, an individual,
DOLORES RODRIGUEZ-DE_ORONOZ, an individual,
FEDERICO HERNANDEZ-DENTON, an individual,
LIANA FIOL-MATTA, an individual,
ANABELLE RODRIGUEZ-RODRIGUEZ, an individual,
GRETCHEN COLL-MARTI, an individual,
CARLOS A. CABIN-GARCIA, an individual,
NELIDA JIMENEZ-VELAZQUEZ, an individual,
CARMEN HILDA CARLOS-CABRERA, an individual,
TROADIO GONZALEZ-VARGAS, an individual,
CARLOS SOLER-AQUINO, an individual,
JUAN R. MELECIO-MACHUCA, an individual,
O'NEILL & BORGES, an association,
STATE ELECTIONS COMMISSION,
COMMONWEALTH OF PUERTO RICO, and
POPULAR DEMOCRATIC PARTY, a political party,

     Defendants.

HOUSING FINANCING AUTHORITY, a government corporation,
     Party With Interest,

---

## ORDER DENYING MOTION TO RECONSIDER

---

     This matter is before the Court on the motion titled "Motion to Reconsider Order (ECF 10)" (ECF No. 13) that Plaintiff, Leonardo Ramos-Hernandez, filed *pro se* on January 19, 2012. Mr. Ramos-Hernandez seeks reconsideration of this Court's order of

January 4, 2012, which found that venue was improper in this Court and transferred the instant action to the United States District Court for the District of Puerto Rico.

The motion to reconsider will be denied. "Once the files in a case are transferred physically to court in transferee district, the transferor court loses all jurisdiction over the case, including the power to review the transfer." *Chrysler Credit Corp. v. County Chrysler, Inc.*, 928 F.2d 1509, 1517 (10th Cir. 1991). "The date the papers in the transferred case are docketed in the transferee court, not the date of the transfer order, consequently forms the effective date that jurisdiction in transferor court is terminated." *Id.* The transfer order becomes unreviewable as of that date. *Id.*

The papers in this transferred case were docketed in the transferee court on January 5, 2012. Mr. Ramos-Hernandez filed his motion to reconsider on January 19, 2012. Therefore, the Court lacks jurisdiction to consider the reconsideration motion.

Accordingly, it is

ORDERED that the motion titled "Motion to Reconsider Order (ECF 10)" (ECF No. 13) that Plaintiff, Leonardo Ramos-Hernandez, filed *pro se* on January 19, 2012, is denied for lack of jurisdiction.

DATED at Denver, Colorado, this  24th  day of      January     , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court